UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. KENNEY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-1770-JLR-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: reevaluate plaintiff's impairments to determine if he meets or equals any of the listed impairments in the regulations; reevaluate the medical opinion evidence, and if rejecting the opinions provide specific, legitimate reasons for doing so; reassess the claimant's mental and physical residual functional capacity; and if necessary, obtain

supplemental vocational expert testimony to assist in determining what impact the claimant's impairments would have on his ability to perform work related activities at steps 4 and 5 of the sequential evaluation process.

A proposed order accompanies this Report and Recommendation.

DATED this 9th day of March, 2012.

JAMES P. DONOHUE
United States Magistrate Judge